THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND SETTIMI and ALFRED HUNT, Appellants.— Motion to dismiss appeals denied.

Motions granted to prosecute appeals on original record, typed briefs, James Li Brize, Esq., assigned as counsel for appellant Settimi and J. Edgar Hunt assigned as counsel for appellant Hunt; time for argument of appeals enlarged to include November 1962 Term.